## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **HENRY STURSBERG**, | **CIVIL ACTION** |
| Plaintiff, |  |
| *v.* | **NO. 20-1635-KSM** |
| **MORRISON SUND, PLLC, et al.,** |  |
| Defendants. |  |

## <u>ORDER</u>

**AND NOW**, this 11th day of December, 2020, upon consideration of Defendants Morrison Sund, PLLC and Matthew Burton's Motion to Dismiss Plaintiff Henry Stursberg's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2), (3), (5), and (6) (Doc. No. 2), Plaintiff's opposition brief (Doc. No. 6), Defendants' reply brief (Doc. No. 7), Plaintiff's sur-reply brief (Doc. No. 16), the parties' oral arguments on the motion, and for the reasons set forth in the Memorandum, it is hereby **ORDERED** that the complaint is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(5).

**IT IS SO ORDERED**.

**/s/KAREN SPENCER MARSTON**

_____

KAREN SPENCER MARSTON, J.