# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY STURSBERG**,<br><br>   Plaintiff,<br><br>   *v.*<br><br>**MORRISON SUND, PLLC, et al.**,<br><br>   Defendants. | **CIVIL ACTION**<br><br>**NO. 20-1635-KSM** |

## ORDER

**AND NOW**, this 28th day of January, 2021, upon consideration of Plaintiff Henry Stursberg's Motion for Partial Reconsideration of this Court's December 11, 2020 Order (Doc. No. 22), Defendants Morrison Sund, PLLC and Matthew Burton's response brief (Doc. No. 23), and Plaintiff's reply brief (Doc. No. 24), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the motion (Doc. No. 22) is **DENIED**.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.